IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-323-D

| | |
|---|---|
| GWENDOLYN FLOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

On April 26, 2010, Magistrate Judge Webb issued a Memorandum and Recommendation ("M&R") [D.E. 24]. In that M&R, Judge Webb recommended that plaintiff's motion for judgment on the pleadings be denied, defendant's motion for judgment on the pleadings be granted, and defendant's final decision denying the request for benefits be reversed and remanded to the Administrative Law Judge for the purpose of determining the precise onset date of plaintiff's disability. No party filed objections to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis removed) (quotation omitted). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Id. (quotation omitted).

The court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings [D.E. 13] is GRANTED, defendant's motion for judgment on the pleadings is DENIED [D.E. 17], and the action is REMANDED to the Commissioner for proceedings consistent with this order.

SO ORDERED. This 8 day of June 2010.

JAMES C. DEVER III
United States District Judge