AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| GWENDOLYN FLOYD, | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | )   **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | )   **CASE NO. 5:09-CV-323-D** |
| | ) |
|         Defendant. | ) |

**Decision by the Court.**

     IT IS ORDERED AND ADJUDGED that the court has reviewed the M&R, the record, and the briefs. The court is satisfied that there is no clear error on the face of the record. Plaintiff's motion for judgment on the pleadings [D.E. 13] is GRANTED, defendant's motion for judgment on the pleadings is DENIED [D.E. 17], and the action is REMANDED to the Commissioner for proceedings consistent with this order.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **June 8, 2010**, AND A COPY MAILED TO:

Vaughn Stephen Clauson, (via CM/ECF Notice of Electronic Filing)
Eileen A. Farner (via CM/ECF Notice of Electronic Filing)


June 8, 2010                                           DENNIS IAVARONE, Clerk
Date                                                         *Eastern District of North Carolina*

                                                                   /s/ Debby Sawyer
*Raleigh, North Carolina*                            *(By) Deputy Clerk*