IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-323-D

| | |
|---|---|
| GWENDOLYN FLOYD, )<br>)<br>Plaintiff, )<br>)  ORDER<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | |

Upon application of the Plaintiff, and with no objection by Defendant, it is ORDERED that the Commissioner of Social Security pay the sum of $3,214.38 in full satisfaction of any and all claims arising under the EAJA, 28 U.S.C. § 2412(d). Upon payment of such sum this case is dismissed with prejudice.

SO ORDERED this 9 day of July, 2010.

JAMES C. DEVER, III
Judge
United States District Court